1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN RICHARDSON,

11        Plaintiff,                    No. CIV S-09-2458 LKK KJM P

12

13        vs.

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS,
15
          Defendant.                    ORDER
16   _____/

17            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20   statement for the six month period immediately preceding the filing of the complaint.  See 28

21   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

22   prison trust account statement.

23            In accordance with the above, IT IS HEREBY ORDERED that

24            1.  Plaintiff's motion to proceed in forma pauperis (docket no. 2) is denied

25   without prejudice; and

26            2.  Plaintiff shall submit, within thirty days from the date of this order, a certified

1

1  copy of his prison trust account statement for the six month period immediately preceding the

2  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

3  recommendation that this action be dismissed without prejudice.

4  DATED:   September 21, 2009.

5  _____

   U.S. MAGISTRATE JUDGE

6

7  /md
   rich2458.3c.new

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2